IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERESE MARIE MEADOWS                                                        PETITIONER

v.                              Case No. 5:05CV00156   JMM-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                            RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

IT IS SO ORDERED this 20th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE