IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERESE MARIE MEADOWS                                                         PETITIONER

v.                                    Case No. 5:05CV00156   JMM-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                              RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

IT IS SO ADJUDGED this 20th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE